May UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09 B 29221 |
| Donna Wojciechowski, | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |

**FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period September 18, 2009 through November 9, 2009. In support of this Application, Much Shelist respectfully states as follows:

1. On August 10, 2009, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

3. On October 1, 2009, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.

4. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered or reimbursement of out-of-pocket expenses incurred in this matter.

5. Much Shelist is entitled to receive final compensation in the amount of $3,475.00 plus reimbursement of out-of-pocket expenses in the amount of $33.30 for services rendered during the period September 18, 2009 through November 9, 2009.

6. Much Shelist provided 6.50 hours of services on behalf of the Trustee during the time period cover by this application.

7. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 6.00 hrs. | $555.00/hr. | $3,330.00 |
| Martin J. Wasserman | .50 hrs. | $290.00/hr. | 145.00 |
| **TOTAL:** | **6.50 hrs.** | | **$3,475.00** |

8. The services rendered are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

9. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

10. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **Disposition of Assets (Tab 1)**: Much Shelist expended 5.20 hours in connection with the sale of Debtor's personal property. According to the Debtor's schedules, Debtor had an ownership interest in a 2001 Cavco Trailer home (the "Mobile Home") located in Surprise, Arizona. Counsel reviewed information pertaining to the Mobile Home; participated in telephonic and written communications with Sunflower RV Resort and Debtor's attorney regarding an offer to purchase the Mobile Home. Time was spent preparing the motion to sell Trustee's interest in the Mobile Home and appearing in Court on same, speaking with Debtor's largest creditor about the effects of the sale would have on the Debtor's estate and executing the necessary documents to finalize the sale (i.e. Quit Claim Deed).

The individual who provided services with respect to this matter and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 5.20 hrs. | $555.00/hr. | $2,886.00 |
| | | | |
| **TOTAL:** | **5.20 hrs.** | | **$2,886.00** |

B. **Employment of Professionals (Tab 2)**: A total of 1.30 hours of time was expended by Much Shelist with regards to the preparation of pleadings and appearances in Court on Trustee's Motion to Employ Attorneys. The individual who provided services in connection with the Trustee's employment of professionals and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $555.00/hr. | $444.00 |
| Martin J. Wasserman | .50 hrs. | $290.00/hr. | 145.00 |
| **TOTAL:** | **1.30 hrs.** | | **$589.00** |

11. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $33.30. Attached hereto as Exhibit "B" is an itemization of

Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

12.     The services rendered by Much Shelist as the Trustee's attorney have resulted in a substantial benefit to the Trustee and to the creditors of this estate. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

1.      Granting this Application and awarding Much Shelist final compensation in the amount of $3,475.00, plus reimbursement of out-of-pocket expenses in the amount of $33.30, for services rendered during the period September 18, 2009 through November 9, 2009;

2.      Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3.      Granting such other and further relief as this Court deems just and appropriate.

                                        **Much Shelist Denenberg Ament & Rubenstein, P.C.**


                                        By: /s/ Norman B. Newman
                                            One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100