## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | | § | Case No. 09-29221 |
| WOJCIECHOWSKI, DONNA | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/30/2010 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2010_____        By:    /s/NORMAN NEWMAN_____
                                              Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: WOJCIECHOWSKI, DONNA                         §   Case No. 09-29221
                                                     §
                                                     §
Debtor(s)                                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $       6,500.81 |
| *and approved disbursements of* | $          0.00 |
| *leaving a balance on hand of* [1] | $       6,500.81 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Norman B. Newman, Trustee | $       1,400.06 | $ |
| *Attorney for trustee* | Much Shelist, et.al. | $       3,475.00 | $          33.30 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 297,147.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $ 15,918.10 | $ 85.29 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 219.79 | $ 1.18 |
| 3 | Discover Bank | $ 13,397.48 | $ 71.79 |
| 4 | Advanta Bank Corp | $ 2,644.20 | $ 14.17 |
| 5 | Chase Bank USA, N.A. | $ 11,028.37 | $ 59.09 |
| 6 | Jeffrey W. Krol & Associates, Ltd. | $ 3,735.01 | $ 20.01 |
| 7 | Kolbus Family Limited Partnership. | $ 24,716.80 | $ 132.44 |
| 8 | Karen Kolbus-Barton | $ 225,487.25 | $ 1,208.23 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number      Claimant                                    Allowed Amt. of Claim      Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number      Claimant                                    Allowed Amt. of Claim      Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/NORMAN NEWMAN

Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe            Page 1 of 1          Date Rcvd: Feb 19, 2010
Case: 09-29221               Form ID: pdf006         Total Noticed: 31
```

The following entities were noticed by first class mail on Feb 21, 2010.
```
db          +Donna Wojciechowski,    514 Higgins Road,   Park Ridge, IL 60068-5712
aty         +Robert D. Rotman,    Rotman & Elovitz, Ltd.,    180 N LaSalle St. Ste 2101,
              Chicago, IL 60601-2701
tr          +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
              Chicago, IL 60606-1631
14293378     ADT Alarm Services,    P.O. Box 311967,   Pittsburgh, PA  15250
14293379    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,    P.O. Box 8088,   Philadephia, PA  19101)
14539740   +++Advanta Bank Corp,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
              Malvern, PA 19355-0701
14293380    +Berglund & Mastny, P.C.,    1010 Jorie Blvd., Ste. 370,   Oak Brook, IL 60523-4467
14424215    +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
              NORCROSS, GA 30091-5155
14293381     Capital One,    P.O. Box 30285,   Salt Lake City, UT  84130-0285
14293382    +Castle Bank, N.A.,    121 West Lincoln Highway,   DeKalb, IL 60115-3609
14293383    +Catherine Russ,    4546 Rose Street,   Schiller Park, IL 60176-1615
14293384     Chase,    P.O. Box 15298,   Wilmington, DE  19886-5153
14596042     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14293385    +City of Park Ridge,    505 Butler Place,   Park Ridge, IL 60068-4182
14293386    +Commonwealth Edison,    P.O. Box 6111,   Carol Stream, IL 60197-6111
14293388    +Fifth Third Bank,    P.O. Box 630412,   Cincinnati, OH 45263-0412
14293389    +Jeffrey W. Krol & Associates, Ltd.,    8700 West Bryn Mawr, Suite 810 N.,    Chicago, IL 60631-3512
14293390    +Karen Kolbus - Barton,    503 East Sunset Drive,   Arlington Heights, IL 60004-2578
14879297    +Karen Kolbus-Barton,    c/o Ronald J. Kapustka,    Kovitz Shifrin Nesbit,    750 West Lake Cook Rd.,
              Suite 350,   Buffalo Grove, IL 60089-2086
14293391   +++Kolbus Family Limited Partnership.,    c/o James P Wognum,    122 S Michigan Ave Suite 1290,
              Chicago, IL 60603-6259
14293392    +Lawrence Seiwert,    33 North LaSalle Street, Suite 3400,   Chicago, IL 60602-2667
14293393    +Mages & Price,    707 Lake Cook Road, Suite 314,   Deerfield, IL 60015-4933
14293394    +Nicholas Stenson,    C/O Berglund & Mastney,    1010 Jorie Blvd  Suite 370,
              Oak Brook, IL 60523-4467
14293396    +Pulaski Bank,    5800 R Street,   Little Rock, AR 72207-4416
14293397    +Riebant & Dewald, P.C.,    1237 South Arlington Heights Rd.,    Arlington Heights, IL 60005-3142
14293398    +Ronand J. Kapustka,    Kovitz, Shifrin, Nesbit,    750 West Lake Cook Road, Ste. 350,
              Buffalo Grove, IL 60089-2086
14293377    +Rotman & Elovitz Ltd,    180 NLaSalle Suite 2101,   Chicago, IL 60601-2701
14293399    +White Way Sign Co.,    451 Kingston Ct.,   Mt. Prospect, IL 60056-6068
14293376    +Wojciechowski Donna,    175 South Richard Court,   Addison, IL 60101-3214
```

The following entities were noticed by electronic transmission on Feb 19, 2010.
```
14293387     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2010 03:14:17      Discover Bank,
              P.O. Box 30395,   Salt Lake City, UT  84130-0395
14293395    +E-mail/Text: bankrup@nicor.com                         Nicor Gas Co.,    P.O. Box 2020,
              Aurora, IL 60507-2020
                                                                                          TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**                    **Signature:**   _Joseph Speetjens_