**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: WOJCIECHOWSKI, DONNA | § | Case No. 09-29221 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,587.11 | Claims Discharged Without Payment: $295,559.89 |
| Total Expenses of Administration: $4,914.21 | |

3) Total gross receipts of $ 6,501.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,501.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $240,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 4,914.21 | 4,914.21 | 4,914.21 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 275,903.00 | 297,147.00 | 297,147.00 | 1,587.11 |
| **TOTAL DISBURSEMENTS** | $515,903.00 | $302,061.21 | $302,061.21 | $6,501.32 |

4) This case was originally filed under Chapter 7 on August 10, 2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2010            By: /s/NORMAN NEWMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Mobile home- Cavco park Model Unit #425 Sunflowe | 1129-000 | 6,500.00 |
| Interest Income | 1270-000 | 1.32 |
| **TOTAL GROSS RECEIPTS** | | **$6,501.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fifth Third Bank | 4110-000 | 240,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$240,000.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,400.06 | 1,400.06 | 1,400.06 |
| Much Shelist, et.al. | 3110-000 | N/A | 3,475.00 | 3,475.00 | 3,475.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 33.30 | 33.30 | 33.30 |
| International Sureties, Ltd. | 2300-000 | N/A | 5.85 | 5.85 | 5.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,914.21 | 4,914.21 | 4,914.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 13,865.00 | 15,918.10 | 15,918.10 | 85.03 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 219.79 | 219.79 | 1.17 |
| Discover Bank | 7100-000 | 11,308.00 | 13,397.48 | 13,397.48 | 71.56 |
| Advanta Bank Corp | 7100-000 | 2,115.00 | 2,644.20 | 2,644.20 | 14.12 |
| Chase Bank USA, N.A. | 7100-000 | 10,212.00 | 11,028.37 | 11,028.37 | 58.90 |
| Jeffrey W. Krol & Associates, Ltd. | 7100-000 | 5,403.00 | 3,735.01 | 3,735.01 | 19.95 |
| Kolbus Family Limited Partnership. | 7100-000 | 13,000.00 | 24,716.80 | 24,716.80 | 132.02 |
| Karen Kolbus-Barton | 7100-000 | 220,000.00 | 225,487.25 | 225,487.25 | 1,204.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 275,903.00 | 297,147.00 | 297,147.00 | 1,587.11 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-29221 | | Trustee: | (330560) NORMAN NEWMAN |
|---|---|---|---|---|
| Case Name: | WOJCIECHOWSKI, DONNA | | Filed (f) or Converted (c): | 08/10/09 (f) |
| | | | §341(a) Meeting Date: | 09/17/09 |
| Period Ending: 09/22/10 | | | Claims Bar Date: | 12/28/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 175 South Richard Court, Addison, Entirety | 250,000.00 | 10,000.00 | | 0.00 | FA |
| 2 | Cash | 100.00 | 100.00 | | 0.00 | FA |
| 3 | Checking Account (Changes Etc II) Parkway Acct N | 40.00 | 40.00 | | 0.00 | FA |
| 4 | Checking Account JP Morgan Chase No. 765790936 i | 130.00 | 130.00 | | 0.00 | FA |
| 5 | Checking Account JP Morgaon Chase No. 2749155905 | 130.00 | 130.00 | | 0.00 | FA |
| 6 | Checking Account Leyden Credit Union No 8145-30 | 112.00 | 112.00 | | 0.00 | FA |
| 7 | Checking Account Leyden Credit Union- Acct No. 5 | 300.00 | 300.00 | | 0.00 | FA |
| 8 | Acct. Leyden Credit Union No. 5875-14 | 280.00 | 280.00 | | 0.00 | FA |
| 9 | Credit Union Checking account no. 8145-30 | 100.00 | 100.00 | | 0.00 | FA |
| 10 | Account Leyden Credit Union No. 5875-10 | 100.00 | 100.00 | | 0.00 | FA |
| 11 | Account Leyden Credit Union No 8145-10 | 25.00 | 25.00 | | 0.00 | FA |
| 12 | Deposit with landlord for Changes,Etc II- Landlo | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 13 | Dining room set, bedroom set, kitchen set, two c | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 14 | Clothing | 750.00 | 750.00 | | 0.00 | FA |
| 15 | Prudential - Life Insurance insurance company of | 900.00 | 900.00 | | 0.00 | FA |
| 16 | 401 K- Raymond James defined in 26 U.S.C. 530( | 15,498.00 | 15,498.00 | | 0.00 | FA |
| 17 | Changes, Etc. II- 100% shareholder - formerly lo | Unknown | 0.00 | | 0.00 | 0.00 |
| 18 | Mobile home- Cavco park Model Unit #425 Sunflowe | 25,000.00 | 25,000.00 | | 6,500.00 | FA |
| 19 | Chairs, nail rack, sconces, vanity , nesting dis | 1,000.00 | 1,000.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.32 | Unknown |
| 20 | Assets　Totals (Excluding unknown values) | $299,565.00 | $59,565.00 | | $6,501.32 | $0.00 |

**Major Activities Affecting Case Closing:**

　　　Sold interest in mobile home. Submitted TFR for review.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29221  
**Case Name:** WOJCIECHOWSKI, DONNA  

**Period Ending:** 09/22/10

**Trustee:** (330560)  NORMAN NEWMAN  
**Filed (f) or Converted (c):** 08/10/09 (f)  
**§341(a) Meeting Date:** 09/17/09  
**Claims Bar Date:** 12/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   February 28, 2010      Current Projected Date Of Final Report (TFR):   February 28, 2010

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-29221 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | WOJCIECHOWSKI, DONNA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | **-***0790 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/26/09 | {18} | ROTMAN & ELOVITZ, LTD. | Sale of Mobile Home | 1129-000 | 6,500.00 | | 6,500.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 6,500.02 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,500.29 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,500.56 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,500.81 |
| 02/19/10 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #09-29221, Bond #016026455 | 2300-000 | | 5.85 | 6,494.96 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,495.20 |
| 03/30/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.27 | | 6,495.47 |
| 03/30/10 | | To Account #********8366 | ACCOUNT TRANSFER | 9999-000 | | 6,495.47 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,501.32 | 6,501.32 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,495.47 | |
| Subtotal | 6,501.32 | 5.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,501.32 | $5.85 | |

{} Asset reference(s)            Printed: 09/22/2010 12:41 PM   V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-29221 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | WOJCIECHOWSKI, DONNA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | **-***0790 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/10 | | From Account #********8365 | ACCOUNT TRANSFER | 9999-000 | 6,495.47 | | 6,495.47 |
| 03/30/10 | 101 | Norman B. Newman, Trustee | Dividend paid 100.00% on $1,400.06, Trustee Compensation; Reference: | 2100-000 | | 1,400.06 | 5,095.41 |
| 03/30/10 | 102 | Much Shelist, et.al. | Dividend paid 100.00% on $3,475.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,475.00 | 1,620.41 |
| 03/30/10 | 103 | Much Shelist, et.al. | Dividend paid 100.00% on $33.30, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 33.30 | 1,587.11 |
| 03/30/10 | 104 | CAPITAL ONE BANK (USA), N.A. | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 85.03 | 1,502.08 |
| 03/30/10 | 105 | CAPITAL ONE BANK (USA), N.A. | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 1.17 | 1,500.91 |
| 03/30/10 | 106 | Discover Bank | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 71.56 | 1,429.35 |
| 03/30/10 | 107 | Advanta Bank Corp | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 14.12 | 1,415.23 |
| 03/30/10 | 108 | Chase Bank USA, N.A. | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 58.90 | 1,356.33 |
| 03/30/10 | 109 | Jeffrey W. Krol & Associates, Ltd. | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 19.95 | 1,336.38 |
| 03/30/10 | 110 | Kolbus Family Limited Partnership. | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 132.02 | 1,204.36 |
| 03/30/10 | 111 | Karen Kolbus-Barton | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 1,204.36 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 6,495.47 | 6,495.47 | $0.00 |
| Less: Bank Transfers | | 6,495.47 | 0.00 | |
| Subtotal | | 0.00 | 6,495.47 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $6,495.47 | |

{} Asset reference(s)

Printed: 09/22/2010 12:41 PM V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-29221 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | WOJCIECHOWSKI, DONNA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******83-66 - Checking Account |
| Taxpayer ID #: | **-***0790 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/10 | | JP Morgan Chase Bank | Wire from Chase | 9999-000 | | -100.00 | 100.00 |
| 08/11/10 | | JP Morgan Chase | Check No. 110 was only paid $32.02; should have been $132.02 | 9999-000 | | 100.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****83-65 | 6,501.32 | 5.85 | 0.00 |
| Checking # ***-*****83-66 | 0.00 | 6,495.47 | 0.00 |
| Checking # 9200-******83-66 | 0.00 | 0.00 | 0.00 |
| | $6,501.32 | $6,501.32 | $0.00 |

{} Asset reference(s)

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
August 1 - August 31, 2010

**09-29221**
**WOJCIECHOWSKI, DONNA, DEBTOR**
**NORMAN B NEWMAN (0000330560)**
**TRUSTEE**
191 N. WACKER DR.
SUITE 1800
CHICAGO, IL 60606

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

### CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000960138366 | | $100.00 | $0.00 |
| **Total** | | $100.00 | $0.00 |

### Important Information Regarding Your Account

IN OBSERVANCE OF THE LABOR DAY FEDERAL HOLIDAY, BOTH BNY MELLON AND THE BMS BANKING CENTER WILL BE CLOSED ON MONDAY, SEPTEMBER 6TH. ALL TRANSACTIONS CONDUCTED ON THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE MONDAY-FRIDAY FROM 8AM TO 8PM EST. FOR ASSISTANCE WITH YOUR BANKING NEEDS, PLEASE CALL (800)634-7734 OPT 8.

**As of August 31, 2010, the funds for this case were on deposit in the following institutions as shown below:**

| | |
|---|---|
| New York Community | $0.00 |
| **Grand Total:** | **$0.00** |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
August 1 - August 31, 2010

09-29221
**WOJCIECHOWSKI, DONNA, DEBTOR**
**NORMAN B NEWMAN (0000330560)**

## CHECKING ACCOUNT SUMMARY

Account No. 92000960138366

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $100.00 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 1 | $(100.00) |
| **Ending Balance** | 1 | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/13 | WIRE TNSF:WOJCIECHOWSKI, DONNA | $(100.00) |  | $0.00 |
| **Totals** |  | $(100.00) | $0.00 |  |

**As of August 31, 2010, the funds for this account were on deposit in the following institutions as shown below:**

| New York Community | $0.00 |
|---|---|
| **Grand Total:** | **$0.00** |